1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   RONALD L. BASKETT,

11              Plaintiff,                    CASE NO. C05-1565-JCC-JPD

12        v.                                  MINUTE ORDER

13   TAMARA PAPINI,

14              Defendant.

15        This matter comes before the Court on Plaintiff's filing of a Notice of Appeal (Dkt. No. 18)

16   regarding the Court's dismissal of this case (Dkt. Nos. 15 and 16).

17        The Court hereby STRIKES Plaintiff's Motion to Compel Discovery (Dkt. No. 17) because the

18   case has been closed and the issue is MOOT.  Further, in any event, the Court has no jurisdiction to rule

19   on any outstanding motions, pending resolution of Plaintiff's appeal to the Ninth Circuit.

20        DATED this 7th day of February, 2006.

21

22                                            BRUCE RIFKIN, Clerk of Court

23                                            By   /s/ C. Ledesma

24                                                 Deputy Clerk

25

26   MINUTE ORDER – 1